**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------------X

OMAR CONTRERAS, ANTONIO DE LA ROSA,   :
and CARMEN LLIGUICOTA, on behalf of    :
themselves and all others similarly situated,   :

                                      :    **No. 2:25-cv-1359**

               Plaintiffs,    :
                                        :

       -against-         :    **CONSENT TO SUE FORM**
                                        :    (*FORMULARIO DE*
MATTRESS DIRECT INC. and AHMAD    :    *CONSENTIMIENTO A*
SCHUAIB,                              :    *DEMANDAR*)
               Defendants.    :

-----------------------------------------------------------------------X

      1.      I consent to be a party plaintiff for all purposes in this lawsuit against my current/former employer, Mattress Direct Inc. and Ahmad Schuaib, to seek redress for all claims asserted in the Complaint.  I authorize Pechman Law Group PLLC to represent me in this case.

(*Doy mi consentimiento para ser parte demandante para todos los fines de esta demanda contra mi empleador actual/anterior, Mattress Direct Inc. and Ahmad Schuaib para buscar reparación por todos los reclamos planteados en la Demanda.  Autorizo a Pechman Law Group PLLC a representarme en este caso.*)

      2.      I hereby designate and authorize Pechman Law Group PLLC to make all decisions on my behalf concerning the litigation and settlement of this lawsuit.  I agree to be bound by the decisions made by Pechman Law Group PLLC on my behalf.  I further agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.  I understand and agree that Pechman Law Group PLLC will petition the Court for attorneys' fees and costs from any settlement or judgment amount in the amount of the greater of (i) the full amount of attorneys' fees and costs awarded by the Court and paid by Defendants, or (ii) one-third (*i.e.*, 33.33%) of the gross aggregate monetary recovery computed on the net sum recovered less costs properly chargeable to the prosecution of the case.

(*Por la presente designo y autorizo a Pechman Law Group PLLC a tomar todas las decisiones en mi nombre relacionadas con el litigio y la resolución de esta demanda.  Acepto estar sujeto a las decisiones tomadas por Pechman Law Group PLLC en mi nombre.  Además, acepto estar sujeto a cualquier decisión de un tribunal sobre esta acción, ya sea favorable o desfavorable.  Entiendo y estoy de acuerdo que Pechman Law Group PLLC solicitará al Tribunal los honorarios y costos de los abogados de cualquier acuerdo o sentencia por un monto igual al mayor de (i) el monto total de los honorarios y costos de los abogados otorgados por el Tribunal y pagados por los Demandados, o (ii) un tercio (es decir, 33,33%) de la recuperación monetaria agregada bruta calculada sobre la suma neta recuperada menos los costos debidamente imputables al procesamiento del caso.*)

Date (*fecha*): 02 / 06 / 2 S

Signature: *Omar Contreras Cortes*          Phone Number: ███████████
(*firma*)                                   (*Número Teléfonico*)

Name: *Omar Contreras Cortés*          Email Address: ███████████
(*Nombre*)                                  (*Dirección de email*)

Addresss: ███████████
(*dirección*)