Alix R. Rubin, Esq.
**RUBIN EMPLOYMENT LAW**
695 US Highway 46 West
Suite 404
Fairfield, NJ 07004
Telephone: (973) 787-8442
arubin@alixrubinlaw.com
*Attorneys for Defendants*
*Mattress Direct and Ahmad Shuaib*

SO ORDERED:

JOSÉ R. ALMONTE
United States Magistrate Judge
June 24, 2025

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OMAR CONTRERAS, ANTONIO DE LA ROSA, and CARMEN LLIGUICOTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATTRESS DIRECT INC. and AHMAD SCHUAIB,<br><br>Defendants | Civil Action No.: 2:25-cv-01359-BRM-JRA<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>DOCUMENT ELECTRONICALLY FILED |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record, that the time for Defendants' **MATTRESS DIRECT, INC. AND AHMAD SHUAIB** ("Defendants") to answer, move, or otherwise respond to Plaintiffs' Complaint is hereby extended thirty (30) days, to and including July 23, 2025.

| **RUBIN EMPLOYMENT LAW** | **PECHMAN LAW GROUP PLLC** |
|---|---|
| By: */s/ Alix R. Rubin*<br>    Alix R. Rubin, Esq. | By: */s/ Louis Pechman*<br>    Louis Pechman, Esq. |
| *Attorneys for Defendants*<br>*Mattress Direct, Inc. and Ahmad Shuaib* | *Attorneys for Plaintiffs*<br>*Omar Contreras, Antonio De La Rosa,*<br>*and Carmen Lliguicota* |