UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
OMAR CONTRERAS, ANTONIO DE LA ROSA,
and CARMEN LLIGUICOTA, on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

      -against-

MATTRESS DIRECT INC. and AHMAD
SCHUAIB,

                    Defendants.
---------------------------------------------------------------X

No. 25 Civ. 1359 (BRM)(JRA)

NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Omar Contreras, Antonio de la Rosa, and Carmen Lliguicota hereby accept the attached Offer of Judgment of Defendants Mattress Direct Inc. and Ahmad Schuaib, dated and served July 23, 2025.

Dated: New York, New York
        July 23, 2025

                                PECHMAN LAW GROUP PLLC

                                By: _____
                                Louis Pechman, Esq.
                                488 Madison Avenue, 17th Floor
                                New York, New York 10022
                                Tel.: (212) 583–9500
                                pechman@pechmanlaw.com
                                *Attorneys for Plaintiffs*

To:  Alix R. Rubin, Esq.
      Rubin Employment Law
      695 US Highway 46 West, Suite 404
      Fairfield, New Jersey 07004
      Tel.: 973–787–8442
      arubin@alixrubinlaw.com
      *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------- X
OMAR CONTRERAS, ANTONIO DE LA ROSA, and :
CARMEN LLIGUICOTA, on behalf of themselves and :
all others similarly situated, :
 :
                                  Plaintiffs, :    No. 25 Civ. 1359 (BRM)(JRA)
 :
        -against- :
 :    **OFFER OF JUDGMENT**
MATTRESS DIRECT INC. and AHMAD SCHUAIB, :
 :
                                Defendants. :
---------------------------------------------------------------------- X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Mattress Direct Inc. and Ahmad Schuaib (together, "Defendants"), by their attorneys at Rubin Employment Law, hereby offer to allow judgment to be taken against them jointly and severally in favor of all Plaintiffs Omar Contreras, Antonio de la Rosa, and Carmen Lliguicota in the gross sum of Seventy Thousand Dollars and Zero Cents ($70,000.00) (the "Payment") in full and final settlement of all of Plaintiffs' claims against Defendants asserted in this Action as set forth below.

      If Plaintiffs accept this Offer of Judgment, Defendants shall pay the Payment by delivering five (5) checks to the offices of Pechman Law Group PLLC within ten (10) business days of the Court's entry of the proposed judgment. Defendants shall write out the five (5) checks to "Pechman Law Group PLLC," each for the sum of Fourteen Thousand Dollars and Zero Cents ($14,000.00), which together add up to the Payment, as follows:

1) Defendants shall date the first check within ten (10) business days from the date of the entry of the proposed judgment (the "First Check Date");

2) Defendants shall date the second check one calendar month after the First Check Date;

3) Defendants shall date the third check two calendar months after the First Check Date;

4) Defendants shall date the fourth check three calendar months after the First Check Date;

5) Defendants shall date the fifth and final check four calendar months after the First Check Date.

For the sake of clarity and by way of example only, if the Court enters the proposed judgment on July 24, 2025, the First Check Date would be dated no later than August 7, 2025, the second check would be dated September 7, 2025, the third check would be dated October 7, 2025, the fourth check would be dated November 7, 2025, and the fifth and final check would be dated December 7, 2025, and Defendants would deliver all five checks, each for the sum of Fourteen Thousand Dollars and Zero Cents ($14,000.00) and written out to "Pechman Law Group PLLC," to the offices of Pechman Law Group PLLC by August 7, 2025.

Defendants shall make the foregoing payments to Pechman Law Group PLLC under IRS Tax Form 1099 (without deductions or withholdings), for which Pechman Law Group PLLC must first provide Defendants' counsel with a completed IRS Tax Form W-9. Pechman Law Group PLLC shall be responsible for issuing payments to each Plaintiff. Pechman Law Group PLLC agrees to hold each settlement payment check described above in escrow and not to deposit them until on or after the date written on each check.

Pechman Law Group PLLC and Plaintiffs agree to be responsible for payment of any taxes, withholdings, interest, penalties, fines, and other liabilities or costs that they are legally required to pay as a result of their receipt of the Payment. Each Plaintiff and/or Pechman Law Group PLLC further agrees, solely on behalf of himself, herself, and/or itself, to and hereby does indemnify and holds Defendants harmless against the payment of any taxes, penalties, interest, fines and other liabilities or costs that may be assessed against the Defendants as a direct result of the Plaintiff's or Pechman Law Group PLLC's failure to pay his, her, or its taxes due in connection with his, her, or its receipt of the Payment. Defendants are permitted to share this Offer of Judgment with the Internal Revenue Service should the need arise.

2

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from it shall be construed in any manner whatsoever as either an admission of liability on the part of any Defendant of any allegations, assertions, or averments contained in any complaint, letter, or other paper submitted or filed by Plaintiffs or an admission that Plaintiffs have suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, including all of their respective successors, predecessors, and parent and affiliated entities, and including all of their and Defendants' respective owners, board members, managers, officers, directors, employees, attorneys, insurers, reinsurers, agents, heirs, executors, and assigns (together, the "Releasees"), from any and all claims that Plaintiffs alleged or could have alleged in the above-referenced action concerning or arising out of the payment of wages, hours worked, bonuses, commissions, tips, and wages otherwise due under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the New Jersey Wage and Hour Law, N.J.S.A. § 34:11–6(a) *et seq.*, and the New Jersey Wage Payment Law, including all alleged damages for unpaid wages, minimum and overtime wages, statutory damages, liquidated damages, pre- and post-judgment interest, and attorneys' fees and costs.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiffs serve written notice of acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

*Signature Continued on Next Page*

Dated: July 23, 2025

                              Rubin Employment Law

                              By: /s/Alix R. Rubin
                                  Alix R. Rubin, Esq.
                                  695 US Highway 46 West, Suite 404
                                  Fairfield, New Jersey 07004
                                  Tel.: 973.787.8442
                                  arubin@alixrubinlaw.com
                                  *Attorneys for Defendants*

To: Louis Pechman, Esq.
    Pechman Law Group PLLC
    488 Madison Avenue, 17th Floor
    New York, New York 10022
    Tel: (212) 583–9500
    pechman@pechmanlaw.com
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Louis Pechman, an attorney duly admitted to practice before this Court and member of the Bar of the State of New Jersey, declare the following under penalty of perjury:

1. I am counsel to Plaintiffs in the above-captioned action and am over the age of 18, and am not a party to this action.

2. On July 23, 2025, I served Plaintiffs' notice of acceptance of Defendants' Offer of Judgment in the above-captioned action by serving a true and correct copy of it via electronic mail and via the Court's ECF system to:

Alix R. Rubin, Esq.
Rubin Employment Law
695 US Highway 46 West, Suite 404
Fairfield, New Jersey 07004
Tel.: 973–787–8442
arubin@alixrubinlaw.com

*Attorneys for Defendants*

Dated: New York, New York
July 23, 2025

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman