## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
------------------------------------------------------------- X
OMAR CONTRERAS, ANTONIO DE LA ROSA, and     :
CARMEN LLIGUICOTA, on behalf of themselves and :
all others similarly situated,                :
                                              :      No. 25 Civ. 1359 (BRM)(JRA)
                       Plaintiffs,            :
                                              :
              -against-                       :      JUDGMENT
                                              :
MATTRESS DIRECT INC. and AHMAD SCHUAIB,       :
                                              :
                       Defendants.            :
------------------------------------------------------------- X
```

**The Court Orders that:**

Plaintiffs Omar Contreras, Antonio de la Rosa, and Carmen Lliguicota recover from Defendants Mattress Direct Inc. and Ahmad Schuaib, jointly and severally, the total amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 15).

Dated: Newark, New Jersey

_July 24_, 2025

SO ORDERED:

_____
Hon. Brian Martinotti
United States District Judge