UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
OMAR CONTRERAS, ANTONIO DE LA ROSA,
and CARMEN LLIGUICOTA, on behalf of
themselves and all others similarly situated,

       Plaintiffs,

   -against-

MATTRESS DIRECT INC. and AHMAD
SCHUAIB,

       Defendants.
---------------------------------------------------------------------X

No. 25 Civ. 1359 (BRM)(JRA)

**SATISFACTION OF JUDGMENT**

  **WHEREAS**, a judgment was entered in the above action on July 24, 2025 (ECF No.16), in favor of Plaintiffs Omar Contreras, Antonio de la Rosa, and Carmen Lliguicota against Defendants Mattress Direct Inc. and Ahmad Schuaib, jointly and severally, in the total amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 15); and

  **WHEREAS**, Defendants have paid the judgment in full, and it is certified that there are no executions outstanding with any Sheriff or Marshall or outstanding unpaid interests on the judgment;

  **NOW THEREFORE**, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the judgment on the docket.

*[Continued on Next Page]*

Dated: New York, New York
December 15, 2025

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583–9500
pechman@pechmanlaw.com
*Attorneys for Plaintiffs*

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

On this 15th day of Decmeber 2025 before me personally came Louis Pechman, to me known and known to be a partner of the firm of Pechman Law Group PLLC, attorneys for Plaintiffs Omar Contreras, Antonio de la Rosa, and Carmen Lliguicota in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

CAMILLE ANDREA SANCHEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
02SA0006010
MY COMMISSION EXPIRES 04/27/2027